IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -5  A 11: 24

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, *et al* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-01-3450 |
| ACandS, Inc., *et al* | : | |
| Defendants | : | |

| | | |
|---|---|---|
| EDWARD JAYCOX | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-2339 |
| ACandS, Inc., *et al* | : | |
| Defendants | : | |

| | | |
|---|---|---|
| PATRICK SPATARO, *et al* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-2340 |
| ACandS, INC., *et al* | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ROBERT E. PATTERSON, *et al* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-2341 |
| ACandS, INC., *et al* | : | |
| Defendants | : | |



........................................................................

| | |
|---|---|
| JOHN K. PURCELL, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2342 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

........................................................................

| | |
|---|---|
| ERVIN L. HENRY, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2343 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

........................................................................

| | |
|---|---|
| PAUL O'BRIEN, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2344 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

........................................................................

| | |
|---|---|
| CHARLES H. MCDAVID, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2345 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

........................................................................

```
............................................................................
CHARLES JOHNSON                          :
    Plaintiff                            :
        vs.                              :   Civil Action No. CCB-02-2373
ACandS, INC., et al                      :
    Defendants                           :
............................................................................
```

o0o

## ORDER

It is, this 5 day of August 2002, hereby **ORDERED** that:

1. As these cases involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2. All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3. An original and two copies of all papers shall be filed with the Court; and

4. The requirements of Local Rule 103.5 are suspended, pending further direction by the Court.

_____
Catherine C. Blake
United States District Judge

3